No. 224. THE PEOPLE v. PENZORT.—Appeal from the District Court of Humacao. Decided February 11, 1910. Judgment affirmed. *Mr. Ramón Nadal Santa Coloma* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 483. QUIÑONES v. CASTELLÓ.—Appeal from the District Court of Mayagüez. Respondent's motion that a certificate be joined to the record. Decided February 11, 1910. Motion sustained. *Messrs. José de Diego* and *Juan J. Perea* for petitioner. *Messrs. F. L. Cornwell* and *Fernando Vázquez* for respondent.

---

No. 481. ESTATE OF MORALES v. KIECKOEFER.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided February 14, 1910. Appeal dismissed because the decision appealed from is not appealable, according to section 295 of the Code of Civil Procedure. *Mr. Cayetano Coll y Cuchí* for petitioner. *Mr. Manuel F. Rossy* for respondent.

---

No. 512. MACHÍN v. MORALES ET AL.—Appeal from the District Court of Humacao. Motion to dismiss the appeal. Decided February 14, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Mr. Antonio Sarmiento* for petitioner. *Mr. Manuel Tous Soto* for respondent.

---

No. 513. DÍAZ ET AL. v. MÁRQUEZ.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided February 14, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Mr. José E. Benedicto* for petitioner. *Mr. Juan de Guzmán Benítez* for respondent.